# PD-0112-15

No.0._____

**IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS**

---

**FROM THE
SEVENTH DISTRICT COURT OF APPEALS
AMARILLO, TEXAS**

**No. 07-14-00176-CR**

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk
FILED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

---

**OUSMANE WANGARE
APPELLANT-MOVANT**

**VS**

**APPELLEE
THE STATE OF TEXAS**

---

**MOTION FOR
SIXTY DAY EXTENSION OF TIME**

---

**TO THE HONORABLE JUDGES:**

**COMES NOW,** the above named appellant-movant, acting in his own behalf, respectfully requesting the court for a sixty (60) say extension of time before having to file his [PDR] petition for discretionary review. In that,

-1-

[1] This is appellant-movant's first request for an extension of time. He is pro se and a foreign national from Africa who is not skilled nor tutored in american law. He believes he is making this request in good faith because of emritorious issues that must be researched and properly prepared. Which will take the entire sixty days of time requested;

[2] This is an appeal from the Criminal District Court 2 of Tarrant County, Texas, in cause number 1282179D; and was appealed to the Seventh Court of Appeals in number 07-14-00176-CR;

[3] The Seuenth Court of Appeals affirmed his conviction on January 7th, 2015. Thus, this request is timely.

CONCLUSION

Appellant-movant prays this ~~goodfaith~~ request will be granted. Thank you.

Respectfully requested,

_____
OUSMANE WANGARE: APPELLANT-MOVANT

VERIFICATION

I, OUSMANE WANGARE, THE APPELLANT-MOVANT IN THE FOREGOING REQUEST FOR A 60-DAY EXTENSION OF TIME BEFORE HAVING TO FIL HIS [PDR[ PETITION FOR DISCRETIONARY RE-VEW, DOES HEREBY VERIFY UNDER PENALTY OF PERJURY THAT ANY FACTS RELATED HEREIN ARE TRUE. I ATTEST TO THIS BY AFFIXING MY SIGNATURE BELOW:

_____
SIGNATURE: OUSMANE WANGARE: AFFIANT

cc

## Certificate of Service

I, Ousmane Wangare, the appellant-movant in the foregoing request for a 60-day extension of time before having to file PDR, does hereby certify that true copies of said request were placed in the Robertson Mail Box addressed to the Texas Court of Criminal Appeals at Austing, Texas, on the **25th DAY OF JANUARY 2015.** I attest to this by affixing my signature below:

_____

SIGNATURE: OUSMANE WANGARE
ROBERTSON UNIT # 1920786
12071     FM     3522
ABILENE, TX. 79601

SI

cc

-3-